UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61475-CIV-SINGHAL

ONE FOR ISRAEL, a Texas nonprofit
corporation, EITAN BAR, and
MORDECHAI VAKNIN,

    Plaintiffs,

v.

YARON REUVEN,

    Defendant.
_____/

## ORDER ON MEDIATION NOTICE

**THIS CAUSE** is before the Court on the Joint Notice of Selection of Mediator (DE [39]). The Court having considered the notice and being otherwise duly informed, it is hereby

**ORDERED AND ADJUDGED** that the parties shall appear for mediation before Lori Adelson, Esq. Plaintiff's counsel shall confer with the mediator and opposing counsel and file a Notice of Mediation Date and Time by **March 17, 2023**. The parties may appear telephonically or by video conference or in person.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of March 2023.

                                                  RAAG SINGHAL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF